

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| NKEMJIKA BONLIONEL IKE<br>A#078379928; Reg. #44981-265 | CIVIL ACTION NO. 2:11-cv-2166<br>SECTION P |
| VS. | JUDGE TRIMBLE |
| ERIC FONTENOTE, ET AL | MAGISTRATE KAY |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**ORDERED** that plaintiff's civil rights complaint be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b).

**THUS DONE AND SIGNED,** in chambers, in Lake Charles, Louisiana, on this 21st day of October, 2013.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE